IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| JORGE O. FOSTER, | ) | |
| Plaintiff, | ) | |
| v | ) | |
| ADVANCE AUTO PARTS, INC., d/b/a ADVANCE AUTO PARTS | ) | CIVIL NO. 1:06-CV-183 |
| and | ) | |
| JOE CULBERTSON, | ) | |
| Defendants. | ) | |

## ORDER

**THIS MATTER** is before the court upon the defendants' motion for admission *pro hac vice* of James Kenneth Cowan, Jr. of the law firm of LeClair Ryan Flippin Densmore, to appear as additional counsel for the defendants in this matter filed on June 12, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendants' motion is **ALLOWED**, and that James Kenneth Cowan, Jr. is hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.

Signed: June 14, 2006

Dennis L. Howell
United States Magistrate Judge